IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gordon, Gennett C

Printed: 10/14/08

Case Number: 08 B 13553
Judge: Wedoff, Eugene R

Filed: 5/28/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,314.00 | 0.00 |
| 2. | SN Servicing Corporation | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 3,782.00 | 0.00 |
| 4. | SN Servicing Corporation | Secured | 7,500.00 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 300.98 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 225.35 | 0.00 |
| 7. | Cook County Treasurer | Unsecured | 1,792.42 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 265.74 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 642.98 | 0.00 |
| 10. | Capital One Auto Finance | Secured |  | No Claim Filed |
| 11. | AFNI | Unsecured |  | No Claim Filed |
| 12. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 13. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 14. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 15. | Falls Collection Service | Unsecured |  | No Claim Filed |
| 16. | DSNB | Unsecured |  | No Claim Filed |
| 17. | Nicor Gas | Unsecured |  | No Claim Filed |
| 18. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 19. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 21. | Medical Collections | Unsecured |  | No Claim Filed |
| 22. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 23. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 24. | Palisades Collection LLC | Unsecured |  | No Claim Filed |
| 25. | Capital One Auto Finance | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gordon, Gennett C

Printed:  10/14/08

Case Number:  08 B 13553
Judge:  Wedoff, Eugene R
Filed:  5/28/08

| 26. Medical Collections | Unsecured | | No Claim Filed |
|---|---|---|---|
| | | _____ | _____ |
| | | $ 17,823.47 | $ 0.00 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____